## STRUBLE v MEREDITH et

Ohio Appeals, 5th Dist, Morrow Co

Decided April 9, 1935

Benj. Olds, Mt. Gilead, for plaintiff in error.
Nelsôn Campbell, for defendant in error.

For full opinion see 51 Oh Ap 201.